```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
APOLINAR ACEVEDO,                                          :
                                                           :
                              Plaintiff,                   :
                                                           :
              -against-                                    :
                                                           :
URBAN MANAGEMENT LLC et. al.,                              :   19-CV-9449 (VSB)
                                                           :
                              Defendants.                  :   ORDER
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On February 5, 2021, the parties in this matter appeared before me for a post-discovery conference. During the conference, the parties detailed a number of open discovery disputes related to document demands, requests for admissions, and witness production. It is hereby:

ORDERED that the parties shall meet and confer regarding these discovery disputes. The parties shall submit a joint letter detailing any outstanding issues and the parties' respective positions on or before February 19, 2021.

IT IS FURTHER ORDERED that the February 19, 2021 deadline for the parties to submit a joint pretrial order is held in abeyance.

SO ORDERED.

Dated: February 7, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge