USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APOLINAR ACEVEDO,

    Plaintiff,

-against-

URBAN MANAGEMENT LLC, et al.,

    Defendants.

19-CV-9449 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at the October 18, 2021 telephonic conference, it is hereby ORDERED:

1. Deposition Transcripts. No later than the close of business on **October 18, 2021**, plaintiff's counsel shall provide defendants with electronic copies of the transcripts of defendants' depositions.

2. 526 W. 146th Street Apartment (the "Other Apartment"). No later than **November 1, 2021**, plaintiff shall produce (a) his application for the Other Apartment; (b) the lease for the Other Apartment, as in effect from 2016-2018; (c) the Con Ed, landline telephone, internet and/or cable bills for the Other Apartment for the period 2016-18.

3. Tax Returns. No later than **November 1, 2021**, plaintiff shall produce his federal and state tax returns for the tax years 2016, 2017, and 2018, limited to: (i) the home address shown for plaintiff; (ii) plaintiff's total income for 2016; and (iii) for all three years, all attached forms and schedules (*e.g.*, W-2s, 1099s, Schedule C's) that reflect plaintiff's individual income from any source.

4. <u>Deposition of plaintiff's wife</u>. Plaintiff having stipulated in open court that he will not call his wife as a witness in this action (or submit her written testimony), she need not appear for deposition.

5. <u>EZ Pass Records</u>. Plaintiff is not required to produce his EZ pass records.

6. <u>Business Records</u>. No later than **November 1, 2021**, plaintiff shall serve a supplemental written response to Defendants' First Set of Requests for Production, Request No. 16, narrowed to the years 2016-18. If there are no responsive documents, plaintiff shall so state in writing.

Discovery is reopened only for the limited purposes described above. The Court will hold a telephonic status conference on **November 16, 2021 at 10 a.m.** At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387. No later than **November 12, 2021**, the parties shall submit a joint status letter updating the Court on progress of discovery and any settlement efforts. The parties may also, if they wish, request a settlement conference by separate latter, and need not wait until November 12 to do so.

Dated: New York, New York
October 19, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**